# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| JAMIE D. WHISENHUNT, | } |
| Plaintiff, | } |
| v. | } Case No.: 6:13-cv-02134-RDP |
| CAROLYN W. COLVIN, Commissioner of Social Security, | } |
| Defendant. | } |

## MEMORANDUM OPINION

On January 5, 2015, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the Commissioner's decision be affirmed and the action be dismissed with prejudice.

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this January 22, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE